AO91 (Rev. 12/03) Criminal Complaint                                                                    AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**                          **CRIMINAL COMPLAINT**
                        **vs.**

                                                      Case Number: 7:15-po-03741

Carlos Alberto LOPEZ-Peraza
AKA Carlos Alberto LOPEZ
IAE A072 526 745
El Salvador 1980

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about ____**July 20, 2015**____ in _____**Hidalgo**_____ County, in

the _____**Southern District Of Texas**_____ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title _____**8**_____ United States Code, Section(s) _____**1325(a)(1)**_____

I further state that I am a(n)        Border Patrol Agent        and that this complaint is based on the

following facts:

**Carlos Alberto LOPEZ-Peraza was encountered by Border Patrol Agents near La Joya, Texas on July 20, 2015.  When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on July 20, 2015, by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:    ☐ Yes        ☒ No

                                                      /S/  De Los Santos Iii, Adan  Border Patrol Agent
                                                      Signature of Complainant

                                                      De Los Santos Iii, Adan    Border Patrol Agent
                                                      Printed Name of Complainant

Sworn to before me and signed in my presence,

July 22, 2015                                    at    McAllen, Texas
Date                                                   City/State

Dorina Ramos          U.S. Magistrate Judge        _____
    Name of Judge          Title of Judge                      Signature of Judge